```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2785
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   CR. S-06-0087-WBS
              Plaintiff,         )
11                               )
       v.                        )
12                               )   STIPULATION & ORDER SETTING
    NAKIA OWENS,                 )   STATUS HEARING
13                               )
              Defendant.         )
14  _____)
15       It is hereby stipulated and agreed, by and between the
16  defendant Nakia Owens, by and through his counsel, V. Roy Lefcourt,
17  and the United States, through its counsel, Assistant United States
18  Attorney Anne Pings, to vacate the previously set status hearing
19  date of July 5, 2006, and to set a new status hearing date of August
20  2, 2006, at 9:00 a.m.
21       Unfortunately, the assigned prosecutor will be out of the
22  country on July 5, 2006.  In addition, counsel for the defendant is
23  newly retained and has not yet received the materials from the
24  previously assigned attorney.  As such, he will use the additional
25  time to receive and review the file, discuss it with his client, and
26  conduct any necessary factual investigation necessary in order to
27  report to the Court on the status of the case at the next
28  appearance.
```

-1-

1    The proposed date of August 2, 2006, is the first available
2 date compatible with the availability of the parties and the Court.
3 The availability of the date has been verified with the Court's
4 clerk.
5    The parties agree that the time should be excluded under the
6 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of
7 counsel) in that the ends of justice served by allowing defendant's
8 counsel time to conduct investigation in a manner he believes
9 necessary to provide effective representation at trial outweigh the
10 best interest of the public and the defendant in a speedy trial.

12 DATED: June 12, 2006                    Respectfully submitted,

13                                         McGREGOR W. SCOTT
                                           United States Attorney
14

15                                         /s/ Anne Pings
                                           ANNE PINGS
16                                         Assistant United States Attorney

17
                                           /s/Anne Pings
18                                         For V. ROY LEFCOURT
                                           Counsel for Defendant Owens
19

20

21
     **IT IS SO ORDERED**.
22
   Dated: July 3, 2006
23

24                                         _William B. Shubb_
                                           WILLIAM B. SHUBB
25                                         UNITED STATES DISTRICT JUDGE

26

27

28