V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
(415) 776-0207 office
(415) 776-8047 fax

Attorney for Defendant
NAKIA OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>         Plaintiff,                            )<br>                                                      )<br>         v.                                      )<br>                                                      )<br> NAKIA OWENS,                        )<br>                                                      )<br>         Defendant.                        ) | NO: CR S 06-0087 WBS<br><br><br><br>**STIPULATION TO CONTINUE<br>SETTING DATE** |

    GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the date set for setting in the above-entitled matter be continued from Wednesday, October 4, 2006, at 9:00 a.m. to Wednesday, October 18, 2006, at 9:00 a.m. in that the defense needs more time to prepare and conduct factual information to explore potential motion issues and therefore, we are jointly requesting that the time be excluded under the Speedy Trial Act, local code P4 (preparation of counsel).

IT IS SO STIPULATED.

//

//

//

1

PDF created with pdfFactory trial version www.pdffactory.com

DATED:10/2/06                     Respectfully submitted,


   /s/ V.ROY LEFCOURT_____
V.ROY LEFCOURT
Attorney for Defendant
NAKIA OWENS


DATED: 10/3/06

 /s/ with permission_____
ANNE PINGS
Assistant United States Attorney


## ORDER TO CONTINUE SETTING DATE

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

The date set for setting be continued from Wednesday, October 4, 2006, at 9:00 a.m. to Wednesday, October 18, 2006, at 9:00 a.m. in that the defense needs more time to prepare and conduct factual information to explore potential motion issues.

IT IS SO ORDERED.

DATED:  October 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com