```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2785
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )
11                               )   CR. No. S-06-0087-WBS
              Plaintiff,         )
12                               )
              v.                 )   STIPULATION & ~~PROPOSED~~ ORDER
13                               )   SETTING MOTION HEARING SCHEDULE
    NAKIA OWENS,                 )
14                               )
              Defendant.         )
15  _____)
```

It is hereby stipulated and agreed, by and between the defendant Nakia Owens, by and through his counsel, V. Roy Lefcourt, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set status hearing date of October 25, 2006, and to set a new motions hearing date of January 29, 2007, at 9:00 a.m.

This matter was scheduled for status hearing on October 18, 2006.  Defendant's counsel did not appear on that date and the matter was carried over for one week for him to appear on October 25, 2006.  The Court's clerk has informed the parties that the Court is now unavailable on October 25, 2006.

-1-

1    The defendant's counsel has informed government's counsel that
2 he wishes to file a motion to suppress evidence and to suppress
3 evidence of other crimes.  He has requested at least 30 days to file
4 his motions and has asked for a hearing date of January 29, 2007.
5    The government proposes the following schedule:
6    Def. Motions Due              December 4, 2006
7    Govt. Oppositions Due         January 15, 2007
8    Def. Replies Due              January 22, 2007
9    Motions Hearing               January 29, 2007
10   The parties agree that time should be excluded under the Speedy
11 Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel)
12 beginning on October 18, 2006, in that the ends of justice served by
13 allowing defendant's counsel time to conduct investigation into the
14 motion to suppress and the facts surrounding the other crimes
15 evidence outweigh the best interest of the public and the defendant
16 in a speedy trial.
17 DATED: October 24, 2006              Respectfully submitted,
18                                      McGREGOR W. SCOTT
                                         United States Attorney
19
                                         /s/ Anne Pings
20   ─────────────────────────────────────────────────
                                         ANNE PINGS
21                                       Assistant United States Attorney
22
                                         /s/ Anne Pings
23   ─────────────────────────────────────────────────
                                         For V. Roy Lefcourt
24                                       Counsel for Defendant Owens
25
26
27
                                    -2-

ORDER

The court approves the foregoing schedule, with the exception that the hearing on the motions will be on **February 5, 2007** at 9:00 a.m.  Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) from October 18, 2006 to February 5, 2007, in that the ends of justice served by allowing defendant's counsel time to conduct investigation into the motion to suppress and the facts surrounding the other crimes evidence outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED**.

Dated: October 24, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE