1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )      CR. NO. S-06-087-WBS
                                )
12              Plaintiff,      )
                                )           ORDER REGARDING
13      v.                      )      DEFENDANT'S DISCOVERY MOTION
                                )
14 NAKIA OWENS,                 )
                Defendant.      )
15 _____)

16

17     On February 5, 2007, the matter came before the Court for

18 hearing on the defendant's motion for discovery.  The defendant

19 appeared and was represented by counsel, V. Roy Lefcourt.  Upon

20 consideration of defendant's written motion, the government's

21 written response, and the arguments of counsel, the Court orders as

22 follows:

23     Within 10 days of the setting of a trial date, the government

24 shall produce to the defendant the statements of any expert

25 witnesses the government intends to call to testify at trial

26 consistent with Fed.R.Crim.P 16.

27 //

28 //

In all other respects, the motion for discovery is **DENIED**.

**IT IS SO ORDERED.**

DATED:  _February 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-