```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2785
 5
 6
 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )
11                               )   CR. No. S-06-0087-WBS
              Plaintiff,         )
12                               )
              v.                 )   STIPULATION & ~~PROPOSED~~ ORDER
13                               )   SETTING EVIDENTIARY HEARING
    NAKIA OWENS,                 )   ON MOTION TO SUPPRESS EVIDENCE
14                               )
              Defendant.         )
15  _____)
```

16      It is hereby stipulated and agreed, by and between the
17 defendant Nakia Owens, by and through his counsel, V. Roy Lefcourt,
18 and the United States, through its counsel, Assistant United States
19 Attorney Anne Pings, to vacate the previously set evidentiary
20 hearing date of March 19, 2007, and to set a new motions hearing
21 date of April 30, 2007, at 10:30 a.m.

22      This matter was scheduled for hearing on March 19, 2007, but
23 the prosecutor learned that the primary government witness would be
24 unavailable on that date due to a training event for his whole
25 squad.  It is a team event in that if the one officer cannot attend
26 it would need to be rescheduled for all the officers.  At the

27

-1-

1  request of the witness's sergeant, the prosecutor asked the
2  defendant's counsel whether he was agreeable to changing the date.
3  The parties have agreed to April 30, 2007, which was a date that the
4  Court's clerk indicated was available to the Court.
5      The parties agree that time should be excluded under the Speedy
6  Trial Act, 18 U.S.C. § 3161 (h) (8)(iv) for preparation of counsel
7  and for the pendency of the motion in that the ends of justice
8  served by allowing defendant's counsel time to conduct investigation
9  into the motion to suppress and case preparation in general outweigh
10 the best interest of the public and the defendant in a speedy trial.

11 DATED: March 14, 2007                    Respectfully submitted,

12                                          McGREGOR W. SCOTT
                                            United States Attorney
13
                                            /s/ Anne Pings
14                                          _____
15                                          ANNE PINGS
                                            Assistant United States Attorney
16
                                            /s/ Anne Pings
17                                          _____
18                                          For V. Roy Lefcourt
                                            Counsel for Defendant Owens
19

20     **IT IS SO ORDERED**.

21

22 Dated: March 14, 2007

23                              _____
24                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
25

26

27