V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax: (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
NAKIA OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO: CR S 06-0087 WBS |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND ~~PROPOSED~~** |
| | ) **ORDER TO CONTINUE** |
| NAKIA OWENS, | ) |
| | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that

the date set for trial confirmation hearing in the above-entitled matter be continued from Monday,

October 29, 2007, at 9:00 a.m. to Monday, January 7, 2008, at 9:00 a.m. for status conference in

that Counsel for the defendant requests additional time to review the evidence against the

defendant, to discuss the parameters and consequences of a potential disposition with the

defendant, and to conduct any necessary factual investigation in order to discuss and finalize such

a disposition with the prosecutor.

    The Court's availability on the proposed date of January 7, 2008, has been verified with the

Court's clerk.

1

The parties agree that the Court should find that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in that the ends of justice served by allowing defendant's counsel time to conduct factual investigation and to prepare in a manner he believes necessary to provide effective representation to his client outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


DATED: 10/25/07                          Respectfully submitted,


                                         ___/s/ V.ROY LEFCOURT_____
                                         V.ROY LEFCOURT
                                         Attorney for Defendant
                                         NAKIA OWENS


DATED: 10/25/07

                                         _/s/ Anne Pings_____
                                         ANNE PINGS
                                         Assistant United States Attorney
                                         By Watina Fee per telephone authorization



## ORDER


        Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

        The date set for trial confirmation hearing in the above-entitled matter be continued from Monday, October 29, 2007, at 9:00 a.m. to Monday, January 7, 2008, at 9:00 a.m. for status conference to allow Counsel for the defendant additional time to review the evidence against the defendant, to discuss the parameters and consequences of a potential disposition with the defendant, and to conduct any necessary factual investigation in order to discuss and finalize such a disposition with the prosecutor.   **The Jury Trial date of November 14, 2007 is vacated.**

2

1  IT IS SO ORDERED.

2

3  DATED:  October 30, 2007

4

5  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3